

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00716-CV

Samuel R. **BUILTA** a/k/a Sam Builta, Individually and d/b/a Technical Services System,
Appellant

v.

**PARAGON, INC.**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 393227
Honorable Karen Crouch, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed:  August 1, 2018

DISMISSED FOR WANT OF PROSECUTION

In this appeal, Appellant was initially represented by retained counsel.  On April 5, 2018, this court received notice from the Office of the Chief Disciplinary Counsel of the State Bar of Texas that Appellant's counsel had been suspended from the practice of law effective March 21, 2018.  Appellant advised this court he had obtained replacement counsel, but no notice of appearance of new counsel to represent Appellant has been filed.

Appellant's brief was due on June 22, 2018.  Because no motion for extension of time to file the brief or appellant's brief was timely filed, on June 29, 2018, we ordered Samuel R. Builta

to show cause in writing not later than July 9, 2018, why this cause should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). We advised Appellant that his written response must include a reasonable explanation for his failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a). We warned Appellant that if he failed to show cause as ordered, this appeal would be dismissed without further notice. *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

To date, Appellant has filed no response to our June 29, 2018 order. We dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

PER CURIAM